ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| WILFREDO ORTIZ SANTANA, Peticionaria, v. JOSÉ ANTONIO SANTANA DÍAZ; RAÚL DELGADO LÓPEZ, Recurrida. | KLCE202400325 | *CERTIORARI*, procedente del Tribunal de Primera Instancia, Sala Superior de Humacao. Civil núm.: HU2023CV00121. Sobre: interdicto posesorio. |
|---|---|---|

Panel integrado por su presidente, el juez Bermúdez Torres, la jueza Romero García y el juez Monge Gómez.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de marzo de 2024.

El viernes, 15 de marzo de 2024, a las 5:42 p.m., la parte demandante, aquí peticionaria, señor Wilfredo Ortiz Santana, instó este recurso discrecional, en el que impugna la *Resolución* dictada por el Tribunal de Primera Instancia, Sala Superior de Humacao, el 14 de marzo de 2024, notificada en esa misma fecha. En ella, el foro primario concluyó que no procedía adjudicar el interdicto posesorio instado por el señor Ortiz Santana mediante sentencia sumaria y, por el contrario, procedía celebrar una vista en su fondo. Esta quedó señalada para el próximo **jueves, 21 de marzo de 2024, a las 9:00 a.m.**, de manera presencial[1].

El fin último que articula el señor Ortiz Santana para haber presentado una moción de sentencia sumaria es tramitar este caso de la forma más expedita posible[2].

---

[1] Apuntamos que el señor Ortiz Santana **no** solicitó la paralización de los procedimientos ante el foro primario.

[2] No podemos obviar que el señor Ortiz Santana presentó un recurso previo ante nos; a decir, el recurso de *certiorari* núm. KLCE202300659. Allí, este mismo panel dictó sentencia el 3 de agosto de 2023, y acogió el planteamiento esbozado por el señor Ortiz Santana a los efectos de que el foro primario había errado al concluir que, en el recurso interdictal del título, resultaba indispensable enmendar la demanda y traer al pleito a partes adicionales. El mandato de ese recurso fue notificado por la Secretaría de este Tribunal el 24 de octubre de 2023.

Número identificador

RES2024_____

Evaluado el recurso y los documentos que le fueran adjuntados, así como la resolución recurrida, prescindimos de la comparecencia de la parte recurrida[3] y denegamos la expedición del auto[4].

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[3] *Véase,* Regla 7(b)(5) del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.

[4] *Véase*, Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, y la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.